AO 450 (Rev. 5/85)

# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| TRISHA L. ROBERSON,<br>　　　Plaintiff,<br><br>　　v.<br><br>PAUL SMITH, INC.; NORTH CAROLINA<br>DIGITAL IMAGING, INC.; PAUL SMITH, SR;<br>and PAUL SMITH, JR.,<br>　　　Defendants.<br><br>TRISHA L. ROBERSON,<br>　　　Plaintiff,<br><br>　　v.<br><br>PAUL SMITH, INC.; and NORTH CAROLINA<br>DIGITAL IMAGING, INC.;<br>　　　Defendants. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:07-CV-284-F**<br><br><br><br><br><br><br><br><br>**CASE NO. 5:08-CV-40-F** |

**Decision by Court.**

　　**IT IS ORDERED AND ADJUDGED** that the Motion for Summary Judgment is DENIED. The corrected motion to file exhibits under seal is ALLOWED as to the exhibits at docket entries 74-2 through 74-6, and DENIED without prejudice as to the exhibit at docket entry 74-1. The Clerk of Court is DIRECTED to maintain the exhibit at docket entry 74-1 under SEAL for a period of 14 days and if no party files a motion to seal said exhibit during that time period, the Clerk of Court shall unseal the exhibit.

　　The Motions for Entry of Final Judgment are ALLOWED and the Clerk is DIRECTED to enter final judgments in the amount of $4,500.04 against Defendants Paul Smith, Sr., and Paul Smith, Jr., on Plaintiff's first, second and third causes of action in the Amended Complaint for (5:07-CV-284-F); $1,000.02 against Defendants North Carolina Digital Imaging, Inc., and Paul Smith, Inc., on Plaintiff's third cause of action in the Amended Complaint in (5:07-CV-284-F); and $5,000.02 against Defendants North Carolina Digital Imaging, Inc., and Paul Smith, Inc. on Plaintiff's first and second causes of action in the Complaint in (5:08-CV-40-F); all other pending motions are DENIED as moot.

　　THE ABOVE JUDGMENT WAS ENTERED TODAY, **February 18, 2011**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

John E. Campion (via CM/ECF Notice of Electronic Filing)

Allison Serafin (via CM/ECF Notice of Electronic Filing)

Patricia L. Holland (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| February 18, 2011 | DENNIS P. IAVARONE |
| Date | Clerk of Court |
| | /s/ Susan K. Edwards |
| *Wilmington, North Carolina* | *(By) Deputy Clerk* |