IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| TRISHA L. ROBERSON, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| PAUL SMITH, INC., NORTH CAROLINA | ) | No. 5:07-CV-284(F) |
| DIGITAL IMAGING, INC., PAUL SMITH, | ) | |
| SR., and PAUL SMITH, JR., | ) | No. 5:08-CV-40(F) |
|     Defendants. | ) | |
| | ) | **ORDER** |
| | ) | |
| TRISHA L. ROBERSON, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PAUL SMITH, INC. and NORTH | ) | |
| CAROLINA DIGITAL IMAGING, INC., | ) | |
|     Defendants. | ) | |

This matter is before the Court on the Consent Motion to Continue Trial Date and, in the alternative, to Suspend Pre-Trial Deadlines filed by Defendants. The Court having considered the motion, and having determined that there is good cause for the granting of the motion, it is now therefore

ORDERED ADJUDGED and DECREED that Defendants' Motion to Continue Trial is GRANTED and the trial of this matter is continued to the July 5, 2011, term of court.

IT IS SO ORDERED. This the 14th day of March, 2011.

*/s/ James C. Fox*
Hon. James C. Fox
Senior United States District Court Judge

4830-7463-2456, v. 1