UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| TRISHA L. ROBERSON, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 5:07-CV-284-F |
| | ) | |
| PAUL SMITH, INC.; NORTH | ) | |
| CAROLINA DIGITAL IMAGING, | ) | |
| INC.; PAUL SMITH, SR.; and PAUL | ) | |
| SMITH, JR. | ) | |
|     Defendants. | ) | |
| | ) | |
| TRISHA L. ROBERSON, | ) | No. 5:08-CV-40-F |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| PAUL SMITH, INC. and NORTH | ) | |
| CAROLINA DIGITAL IMAGING, INC. | ) | |
|     Defendants. | ) | |

This matter is before the court on the Motion for Relief Related to the Court's Order filed 4/20/11 [DE-95]. In the Motion, Defendants assert that Plaintiff has failed to comply with the court's April 20, 2011, Orders [DE-93; DE-20] directing Plaintiff to file another copy of Exhibit 8 [DE-74-1] to Plaintiff's Memorandum in Opposition to Motion for Summary Judgment, with pages 5-7 omitted, to be maintained on the record not under seal. Defendants contend that Plaintiff's failure to file the redacted copy of the exhibit has prevented this court from remanding "the matter(s)" to the Johnston County Superior Court.

In the April 20, 2011, Orders [DE-93; DE-20], the court ordered that Case No. 5:07-CV-284-F be remanded to the Johnston County Superior Court. On the same day the Orders were

filed, the Clerk of Court sent a letter to the Clerk of Court for the Johnston County Superior Court, notifying him of the remand of Case No. 5:07-CV-284-F. *See* Letter [DE-94].

Since the filing of Defendants' Motion, Plaintiff has complied with the court's order. *See* Redaction [DE-97]. Defendants' Motion [DE-96] is therefore DENIED as moot.

SO ORDERED.

This the 9th day of August, 2011.

JAMES C. FOX
Senior United States District Judge